# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
10-11-17

| | |
|---|---|
| United States of America<br>v.<br>Jose David Rodriguez-Bonilla,<br>a.k.a.: Josue David Rodriguez Bonilla,<br>(A205 149 964)<br>*Defendant* | Case No. 17-8433 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 21, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jennifer F. Levinson

☒ Continued on the attached sheet.

*Complainant's signature*
Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 13, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On January 21, 2016, Jose David Rodriguez-Bonilla, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about March 22, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On January 21, 2016, at or near Phoenix, in the District of Arizona, Jose David Rodriguez-Bonilla, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On January 21, 2016, Jose David Rodriguez-Bonilla was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department (PPD) on local charges. While incarcerated at the MCJ, Rodriguez-Bonilla was examined by Deportation Officer M. Page who determined him to be a citizen of Honduras, illegally present in the United States. On the same date, a warrant for arrest was lodged with the county jail. On January 21, 2016, Rodriguez-Bonilla was transferred to ICE custody, and released due to prosecutorial discretion. On October 10, 2017, Rodriguez-Bonilla was booked into the MCJ intake facility by the PPD on local charges. While incarcerated at the MCJ, Rodriguez-Bonilla was examined by Deportation Officer M. Gloster who determined him to be a citizen of Honduras, illegally present in the United States. On or about the same date, an immigration detainer was lodged with the county jail. On October 11, 2017, Rodriguez-Bonilla was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Rodriguez-Bonilla was held in administrative custody

until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose David Rodriguez-Bonilla to be a citizen of Mexico and a previously deported criminal alien. Rodriguez-Bonilla was removed from the United States to Honduras through Mesa, Arizona, on or about March 22, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Rodriguez-Bonilla in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Rodriguez-Bonilla's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Jose David Rodriguez-Bonilla in any Department of Homeland Security database to suggest that after his last removal from the United States he entered into the United States at an official Port of Entry. Had Rodriguez-Bonilla presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Rodriguez-Bonilla entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Rodriguez-Bonilla's immigration history was matched to him by electronic fingerprint comparison.

5. On October 12, 2017, Jose David Rodriguez-Bonilla was advised of his constitutional rights. Rodriguez-Bonilla freely and willingly acknowledged his rights and declined

to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about January 21, 2016, Jose David Rodriguez-Bonilla, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about March 22, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on January 21, 2016, at or near Phoenix, in the District of Arizona, Jose David Rodriguez-Bonilla, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 13th day of October, 2017.

_____
John Z. Boyle,
United States Magistrate Judge